UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARON GIBSON, ) | |
| ) | **JUDGMENT** |
| Plaintiff, ) | |
| ) | 5:18-CV-214-BO |
| v. ) | |
| ) | |
| URBAN MINISTRIES OF ) | |
| WAKE COUNTY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**
Defendant has moved to partially dismiss plaintiff Sharon Gibson's complaint [DE 5], and Ms. Gibson has moved to voluntarily dismiss her complaint without prejudice. [DE 12].

**IT IS ORDERED, ADJUDGED AND DECREED** that Ms. Gibson's motion to voluntarily dismiss her complaint without prejudice is GRANTED, defendant's partial motion to dismiss Ms. Gibson's ADEA claim is DENIED, and defendant's motions to consolidate in both of the above-captioned cases are DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on July 19, 2019, and served on:**
James E. Hairston, Jr. (Via CM/ECF Notice of Electronic Filing)
Amy Jenkins (Via CM/ECF Notice of Electronic Filing)

July 19, 2019

PETER A. MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk